1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00143 LJO SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOHN BRIAN NOBLIA, | |
| Defendants | |

16

17

18                                **STIPULATION**

19

20    Plaintiff United States of America, by and through its counsel of record, and defendant, by and
21 through his counsel of record, hereby stipulate as follows:

22    1. By previous order, this matter was set for status on July 29, 2013 at 1:00 p.m.

23    2. By this stipulation, defendant now moves to continue the status conference until September 16,
24 2013 and to exclude time between July 29, 2013 and September 16, 2013 under 18 U.S.C. Section
25 3161(h)(7)(A), (b)(iv). Plaintiff does not oppose this request.

26    3. The parties agree and stipulate, and request that the Court find the following:

27       a. Counsel for defendant desires additional time to consult with client, conduct
28          investigation, and further discuss a resolution of the case.

STIPULATION AND ORDER                        1

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2013 to September 16, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2013					BENJAMIN B. WAGNER
							United States Attorney


							/s/ Megan A. S. Richards
							MEGAN A. S. RICHARDS
							Assistant United States Attorney

Dated: July 24, 2013					/s/ David Cohn
							Counsel for Defendant
							JOHN BRIAN NOBLIA

STIPULATION AND ORDER					2

**ORDER**

Good cause appearing, the foregoing stipulation is accepted and approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated: July 24, 2013     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER     3