1 BENJAMIN B. WAGNER
United States Attorney
2 MEGAN A. S. RICHARDS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00143 LJO SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOHN BRIAN NOBLIA, | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on November 18, 2013 at 1:00 p.m.

2. By this stipulation, defendant now moves to vacate the status conference and set the matter for change of plea before the Honorable Judge O'Neill on January 13, 2014 at 11:00 a.m. and to exclude time between November 18, 2013 and January 13, 2014 under 18 U.S.C. Section 3161(h)(7)(A), (b)(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desires additional time to consult with client, conduct

STIPULATION AND [PROPOSED] ORDER

1

investigation, and further discuss a resolution of the case.

    b. Counsel for defendant and the government believe that a plea agreement will be filed in this case in the near future.

    c. Because of the holidays and a busy trial calendar, January 13, 2013 is the nearest court date that would reasonably comply with defense availability.

    d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The government does not object to the continuance.

    f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2013 to January 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 7, 2013                        BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ Megan A. S. Richards
                                                 MEGAN A. S. RICHARDS
                                                 Assistant United States Attorney

Dated: November 7, 2013                   /s/ David Cohn
                                          Counsel for Defendant
                                          JOHN BRIAN NOBLIA

**ORDER**

IT IS SO ORDERED.

   Dated:  **November 12, 2013**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                    3